IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **VARTIS LANE,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 7:05-CV-102 (HL) |
| | : | |
| | : | |
| **JAMES DONALD, Commissioner,** | | |
| **Georgia Dept. Of Corrections,** | : | |
| | : | |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed June 1, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the Petitioner within the time allotted.

**SO ORDERED,** this the 17th day of July, 2006.

                                                   **s/ Hugh Lawson**
                                                 **HUGH LAWSON, Judge**
                                                 **United States District Court**